PD-0567-18 & PD-0568-18 & PD-0569-18
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/5/2018 11:23 AM
Accepted 6/5/2018 3:00 PM
DEANA WILLIAMSON
CLERK

No. _____

## COURT OF CRIMINAL APPEALS
## OF TEXAS

FILED
COURT OF CRIMINAL APPEALS
6/5/2018
DEANA WILLIAMSON, CLERK

AMY MEREDITH CLARKE,
Petitioner

v.

THE STATE OF TEXAS,
Respondent

On Appeal from the
272nd Judicial District Court of Brazos County, Texas
Cause No. 22,495-272

## PETITIONER'S MOTION TO EXTEND TIME TO FILE
## PETITION FOR DISCRETIONARY REVIEW
## PURSUANT TO RULE 68 T.R.A.P.

FROM THE COURT OF APPEALS
FOR THETENTH JUDICIAL DISTRICT
OF TEXAS AT WACO
Cause No. 10-16-00354-CR

Jim James
James & Reynolds
1716 Briarcrest, Ste. 505
Bryan, Texas 77802
Tel.: (979) 846-1934
Fax:   (979) 846-3028
E-Mail: jim@jimwjames.com
State Bar No. 10554250
Attorney for Appellee

No. _____

## COURT OF CRIMINAL APPEALS
## OF TEXAS

**AMY MEREDITH CLARKE,**
**Petitioner**

**v.**

**THE STATE OF TEXAS,**
**Respondent**

On Appeal from the
272nd Judicial District Court of Brazos County, Texas
Cause No. 22,495-272

**PETITIONER'S MOTION TO EXTEND TIME TO FILE**
**PETITION FOR DISCRETIONARY REVIEW**
**PURSUANT TO RULE 68 T.R.A.P.**

FROM THE COURT OF APPEALS
FOR THETENTH JUDICIAL DISTRICT
OF TEXAS AT WACO
Cause No. 10-16-00354-CR

TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:

Now comes the Petitioner-Appellee in the above-entitled and numbered

cause and would show this Court that the Petition for Discretionary Review in this

case is due by June 29, 2018 as the Motion for Rehearing was overruled in the 10th

2

Court of Appeals on May 30, 2018. Defense counsel seeks a thirty (30) day extension to July 29, 2018. The reason counsel is seeking an extension is that counsel is leaving on a previously arranged vacation to South Africa and Botswana. Counsel is flying from Houston to Amsterdam and Amsterdam to Johannesburg on Tuesday June 5, 2018. Counsel will not return to the United States until Monday June 25, 2018.

No prior extension has been requested or granted on this petition to extend time to file Petition for Discretionary Review.

WHEREFORE, PREMISES CONSIDERED, counsel moves this Court to grant an extension of time to file the Petition for Discretionary Review until July 29, 2018.

Respectfully submitted,
JAMES & REYNOLDS

BY: _____
JIM JAMES
SBOT # 10554250
P.O. Box 1146
Bryan, Tx. 77806
Telephone: 979-846-1934
Fax: 979-846-1934
E-Mail: jim@jimwjames.com
Attorney for Appellee

## CERTIFICATE OF SERVICE

On _____, 2018, this motion was served via e-mail to Assistant

District Attorney Douglas Howell, III, Attorney for The State of Texas, at

dhowell@brazoscountytx.gov.

JIM JAMES
Attorney for Appellee

4